```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04556
   EDWARDO G LOPEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2291

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/10/2005 and was confirmed 03/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  41.01% from remaining funds.

    The case was paid in full 04/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
SCHOTTLER & ZUKOSKY        PRIORITY          NOT FILED         .00           .00
ACADEMY COLLECTION SERVI   UNSECURED         NOT FILED         .00           .00
AFNI                       UNSECURED         NOT FILED         .00           .00
SHERMAN ACQUISITION LLC    UNSECURED         10930.95          .00       4482.56
BLITT & GAINES             UNSECURED         NOT FILED         .00           .00
CITIBANK                   UNSECURED         NOT FILED         .00           .00
G C SERVICES .             UNSECURED         NOT FILED         .00           .00
MIDWEST ORTHOPAEDICS       UNSECURED         NOT FILED         .00           .00
NATIONWIDE RECOVERY SERV   NOTICE ONLY       NOT FILED         .00           .00
WOLPOFF & ABRAMSON LLP     UNSECURED         NOT FILED         .00           .00
SHERMAN ACQUISITION        UNSECURED OTH      5524.31          .00       2265.46
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY        2,440.00                   2,440.00
TOM VAUGHN                 TRUSTEE                                         531.98
DEBTOR REFUND              REFUND                                          270.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 9,990.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    6,748.02
ADMINISTRATIVE                               2,440.00
TRUSTEE COMPENSATION                           531.98
DEBTOR REFUND                                  270.00
                       --------------     --------------
TOTALS                  9,990.00              9,990.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04556 EDWARDO G LOPEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```